

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 11, 2015

Robert Schaezler
The Schaezler Law Firm
13423 Blanco Road, No. 315
San Antonio, TX 78216-2187

Kimberly S. Keller
Keller Stokarcyzk PLLC
234 W. Bandera Road #120
Boerne, TX 78006

Timothy R. Price
Chunn, Price & Harris
16500 San Pedro Ave., Suite 410
San Antonio, TX 78266-2578

Margarita A. Esqueda
District Clerk & County Clerk - La Salle
County
101 Courthouse Square, Suite 107
Cotulla, TX 78014-2263

RE:    Court of Appeals Number:    04-14-00008-CV
        Trial Court Case Number:    13-08-00195-CVL
        Style:  Chris Stone
                v.
        Talbert Operations, LLC

The Court has this date issued the Mandate in the above styled and numbered cause.

Very truly yours,
KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 81ST JUDICIAL DISTRICT COURT OF LA SALLE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on December 31, 2014, the cause upon appeal to revise or reverse your judgment between

Chris Stone, Appellant

V.

Talbert Operations, LLC, Appellee

No. 04-14-00008-CV and Tr. Ct. No. 13-08-00195-CVL

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant, Chris Stone, recover his costs of this appeal from appellee, Talbert Operations, LLC.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on March 11, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00008-CV

**Chris Stone**

**v.**

**Talbert Operations, LLC**

(NO. 13-08-00195-CVL IN 81ST JUDICIAL DISTRICT COURT OF LA SALLE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | KIMBERLY S KELLER |
| MOTION FEE | $10.00 | E-PAID | TIMOTHY PRICE |
| INDIGENT | $25.00 | E-PAID | TIMOTHY PRICE |
| MOTION FEE | $10.00 | E-PAID | TIMOTHY PRICE |
| FILING | $100.00 | E-PAID | TIMOTHY PRICE |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | TIMOTHY PRICE |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | TIMOTHY PRICE |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this March 11, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853